STATE OF CONNECTICUT *v.* ANDRE PIERCE
(AC 17787)

Dranginis, Flynn and O'Connell, Js.

Argued February 28—officially released March 27, 2001

Per Curiam. The judgment is affirmed.

GENEVIEVE S. CLUKEY *v.* THOMAS F. CLUKEY
(AC 20329)

Lavery, C. J., and Foti and Daly, Js.

Argued March 1—officially released March 27, 2001

Per Curiam. The judgment is affirmed.

CONNECTICUT INVESTMENTS THREE, LLC *v.* GARY
E. JEANFAIVRE
(AC 20910)

Foti, Spear and O'Connell, Js.

Submitted on briefs March 2—officially released March 27, 2001

Per Curiam. The judgment is affirmed.